**No. 56090.**—Doulton & Co., Inc. *v.* United States, protests 173752–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of earthenware and china figures similar in all material respects to the figures passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

NOVEMBER 13, 1951

**No. 56091.**—National Carloading Corp. *v.* United States, protest 129157–K/1089.——C. D. 1320. Plaintiff's application for rehearing granted.

**No. 56092.**—Criterion Lamp & Shade Co. *v.* United States, protests 145871–K, etc.— Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, DECEMBER 3, 1951

**No. 56093.**—Simpson Imports, Inc. *v.* United States, protest 172989–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56094.**—The Fan Co. and Henry L. Goetz *v.* United States, protests 173181–K and 173209–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56095.**—L. Mendelson Co. *v.* United States, protest 173925–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56096.**—A. N. Deringer, Inc. *v.* United States, protest 153252–K (St. Albans).

Opinion by COLE, J. The protest was dismissed.